UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | Crim. No. 1:15-CR-10008-LTS |
| | ) | |
| R. DAVID COHEN | ) | |

JOINT MEMORANDUM FOR INITIAL STATUS CONFERENCE

The parties submit this joint memorandum addressing the issues set out in Local Rule 116.5(a) in advance of the initial status conference scheduled March 9, 2015.

1. Status of Automatic Discovery and Any Pending Discovery Request

On February 18, 2015, the government produced automatic discovery as required under the Local Rules.

2. The Timing of Any Additional Discovery to be Produced

The government intends to make a further limited production within two weeks and will make such further and pre-trial disclosures as are required by law. There is a possibility that a superseding indictment will be returned.

3. The Timing of Any Additional Discovery Requests

There are no pending discovery requests.

4. Protective Orders

The parties have not requested any protective orders.

5. The Timing of Pretrial Motions

The defendant will advise the Court when he is prepared to file substantive motions after discovery is complete.

1

6. <u>The Timing of Expert Witness Disclosures</u>

The defendant requests expert discovery pursuant to Fed. R. Crim. P. 16(a)(1)(G) and the parties request that the Court order that such discovery be produced no later than 45 days prior to trial in this matter, with reciprocal discovery to be produced no later than 30 days before trial.

7. <u>Excludable delay</u>

The parties jointly ask the Court to exclude the time from March 9, 2015 until the date of the next status conference, under 18 U.S.C. §3161(h)(7)(A), because the parties have needed the time, and continue to need the time, to produce and review discovery in this case. The ends of justice served by this exclusion outweigh the interests of the public and the defendant in a speedy trial.

8. <u>Final/interim status conference</u>

The defendant asks the Court to schedule an interim/final status conference in approximately 45 days, while the government requests no more than 30 days.

|  |  |
|---|---|
| Respectfully Submitted, | Respectfully Submitted, |
| CARMEN M. ORTIZ<br>United States Attorney | R. DAVID COHEN |
| By: */s/ S. Theodore Merritt*<br>     S. Theodore Merritt<br>     Assistant U.S. Attorney | By: */s/ Paul J. Garrity*<br>     Paul J. Garrity, Esq.<br>     Attorney for R. David Cohen |

**Certificate of Service**

I hereby certify that, on the above date, this document was filed through the ECF system which sends copies electronically to the registered participants.

By:   */s/ S. Theodore Merritt*
      S. Theodore Merritt
      Assistant U.S. Attorney

Dated March 3, 2015