UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

UNITED STATES,

    Plaintiff,

    v.                                NO. 15-cr-10008-LTS

R. DAVID COHEN,

    Defendant

## INITIALSTATUS REPORT
## AND ORDER ON EXCLUDABLE DELAY

KELLEY, M.J.

    Defendant was scheduled to have an initial status conference today, March 9, 2015. The parties filed a joint memorandum and the hearing was cancelled. The parties report as follows:

    1. The government has produced automatic discovery and expects to provide more discovery in the next two weeks. A superceding indictment may be returned.

    2. No protective orders are necessary.

    3. There are no pending discovery requests.

    4. Defendant does not know when he will file substantive motions.

    5. Expert disclosures will be make 45 days prior to trial by the government and 30 days prior to trial by the defendant.

    6. The interim status conference will be held Friday, April 17 at 2:15. The parties have

agreed to exclude the time between March 9 and April 17.  I find that the interests of justice in this case, *i.e.*, to allow the defendant time to receive discovery, review discovery, and confer with his client, outweigh the best interests of the public and defendant for a trial within seventy days of the date of the defendant's initial appearance.

Accordingly, it is hereby ORDERED that, pursuant to the provisions of 18 U.S.C. § 3161(h)(7)(A), the Clerk of this Court enter excludable time for the period from March 9, 2015, to April 17, 2015.[1]

                                          /s/ M. Page Kelley
                                          M. PAGE KELLEY
                                          United States Magistrate Judge

---

[1] The parties are hereby advised that under the provisions of Rule 2(b) of the Rules for United States Magistrates in the United States District Court for the District of Massachusetts, any party may move for reconsideration by a district judge of the determination(s) and order(s) set forth herein within fourteen (14) days after receipt of a copy of this order, unless a different time is prescribed by this court or the district judge. The party seeking reconsideration shall file with the Clerk of this Court, and serve upon all parties, a written notice of the motion which shall specifically designate the order or part thereof to be reconsidered and the basis for the objection thereto. The district judge, upon timely motion, shall reconsider the magistrate judge's order and set aside any portion thereof found to be clearly erroneous in fact or contrary to law. The parties are further advised that the United States Court of Appeals for this Circuit has indicated that failure to comply with this rule shall preclude further appellate review. See Phinney v. Wentworth Douglas Hospital, 199 F.3d 1 (1st Cir. 1999); Sunview Condo. Ass'n v. Flexel Int'l, 116 F.3d 962 (1st Cir. 1997); Pagano v. Frank, 983 F.2d 343 (1st Cir. 1993).