UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

_____
                                   )
UNITED STATES OF AMERICA           )
                                   )
v.                                 )    CRIMINAL NO. 15-10008-LTS-01
                                   )
R DAVID COHEN                      )
_____)

**NOTICE OF APPEARANCE**

Now comes JAMES B. KRASNOO and enters his appearance on behalf of the defendant, R. DAVID COHEN in the above-entitled matter.

> The Defendant
> By his Attorney,
>
> */s/ James B. Krasnoo*
> James B. Krasnoo
> (BBO# 279300)
> Krasnoo│Klehm LLP
> 28 Andover Street, Suite 240
> Andover, MA  01810
> (978) 475-9955

**CERTIFICATE OF SERVICE**

I hereby certify that this document(s) filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non registered participants via first class mail, postage prepaid, on May 7, 2015.

> */s/ James B. Krasnoo*
> James B. Krasnoo