UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

UNITED STATE OF AMERICA

V.                                                                           DOCKET NO. 14-MJ-6126-MPK

R. DAVID COHAN

## MOTION TO AMEND RELEASE CONDITIONS

NOW COMES R. David Cohen's attorney, Paul J. Garrity, and moves this Court to allow him to withdraw from further representation of Mr. Cohen in the above-entitled matter.

In support of this Motion, Attorney Garrity states as follows:

1. Attorney Garrity filed his appearance with this Court on behalf of R. David Cohen;
2. Attorney Garrity is filing this Motion to Withdraw on the basis that Mr. Cohen has retained new counsel, Attorney James Krasnoo.

WHEREFORE, Attorney Garrity respectfully requests that this Court grant this Motion and allow him to withdraw from further representation of Mr. Cohen regarding the above-entitled matter.

                                                            Respectfully submitted,
                                                            R. David Cohen,
                                                            By His Attorney,

DATE:       May 12, 2015              /s/   Paul J. Garrity
                                                            Paul J. Garrity
                                                            Bar No. 555976
                                                            14 Londonderry Road
                                                            Londonderry, NH  03053
                                                            603-434-4106

## CERTIFICATE OF SERVICE

I, Paul J. Garrity hereby certify that on this 12th day of May, 2015 a copy of the within Motion to Withdraw has been efiled to all parties on record and mailed, postage prepaid to R. David Cohen.

    /s/    Paul J. Garrity
Paul J. Garrity