UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | Criminal No. 1:15-CR-10008-LTS |
| | ) | |
| R. DAVID COHEN, | ) | |
| Defendant | ) | |

## JOINT MOTION FOR CONTINUANCE OF
## INITIAL PRE-TRIAL CONFERENCE

The United States of America, by and through Assistant United States Attorney S. Theodore Merritt, and the defendant through undersigned counsel, respectfully move this Court to continue the initial pre-trial conference in this case, which is presently scheduled for May 19, 2015.

As grounds therefor, the parties submit that a superseding indictment was returned on May 5, 2015, and the defendant is scheduled to be arraigned on May 28, 2015.  In addition, undersigned counsel for the defendant recently filed an appearance on May 7, 2015 and is currently in the process of reviewing the discovery.

Wherefore, the parties move for a continuance of the initial pre-trial conference for approximately 45 days.  Counsel suggest July 1st or July 9th, but note that counsel for the government will be on vacation the week of July 13th .

                        Respectfully submitted,

| | |
|---|---|
| R.DAVID COHEN | CARMEN M. ORTIZ |
| By his attorney, | United States Attorney |
| | |
| /s/ *James B. Krasnoo*     By: | /s/ *S. Theodore Merritt* |
| JAMES B. KRASNOO | S. Theodore Merritt |
| Attorney for the Defendant | Assistant U.S. Attorney |

## Certificate of Service

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing and paper copies will be sent to those indicated as non-registered participants.

                        /s/ *S. Theodore Merritt*
                        S. Theodore Merritt
                        Assistant U.S. Attorney