UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

_____
                                    )
UNITED STATES OF AMERICA            )
                                    )
v.                                  )   CRIMINAL NO. 15-10008-LTS-01
                                    )
R DAVID COHEN                       )
_____)

**MOTION TO MODIFY PRETRIAL TERMS OF PROBATION**

Now comes the defendant, R. DAVID COHEN in the above-entitled matter and moves to modify his pretrial terms of probation and assigns as reasons therefor the following:

1. The defendant seeks permission to shop at both the Mall at Rockingham, Salem, N.H. and the nearby stores and restaurants in Salem, N.H. and Nashua, N.H. as he lives less than 15 minutes away from the Mall at Rockingham and approximately one half-hour away from the Pheasant Lane Mall, Nashua, N.H. where he had before indictment done much of his shopping, including food, clothing, computer and phone accessories and repairs. The defendant has eaten at several restaurants in both vicinities and made several purchases at each mall including but not limited to purchases at Macy's, at the Verizon Store which also does repairs to computers, ipads and cellphones. The Verizon store at the Mall at Rockingham is the nearest store to the defendant's residence.

2. The defendant desires to have a short vacation in August, 2015 at either Bar Harbor, Maine or Stowe, Vermont. He has not yet set the specific days or selected which of the two destinations for the vacation spot as this depends on the availability of others to join him and of their desires and of the allowance of same by this Court. He seeks only the permission in general and would notify his probation officer of the specific dates of departure from his residence to the destination and of his return, the address(es) where he would be staying and with whom he would be staying.

3. The defendant has been asked to visit his sister-in-law who resides in Silver Spring, Maryland and he desires to do so. He seeks only the permission in general and would notify his probation officer of the specific dates of departure from his residence to the destination, his sister's home, and of his return, the address where he would be staying and with whom he would be staying.

4. The defendant is desirous of visiting his cousins in New York, who wish him to come. He seeks only the permission in general and would notify his probation officer of the specific dates of departure from his residence to the destination and of his return, the address where he would be staying and with whom he would be staying.

WHEREFORE, the defendant requests that this motion be granted.

        The Defendant
        By his Attorney,

        */s/ James B. Krasnoo*
        James B. Krasnoo
        (BBO# 279300)
        Krasnoo|Klehm LLP
        28 Andover Street, Suite 240
        Andover, MA  01810
        (978) 475-9955

**CERTIFICATE OF SERVICE**

I hereby certify that this document(s) filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non registered participants via first class mail, postage prepaid, on July 3, 2015.

        */s/ James B. Krasnoo*
        James B. Krasnoo