UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

```
_____
                               )
UNITED STATES OF AMERICA       )
                               )
v.                             )   CRIMINAL NO. 15-10008-LTS-01
                               )
R DAVID COHEN                  )
_____)
```

**ASSENTED TO MOTION TO CONTINUE PRETRIAL HEARING OF JULY 9, 2015**

Now comes the defendant, R. DAVID COHEN in the above-entitled matter and moves, WITH THE ASSENT OF THE GOVERNMENT, for a continuance of the pretrial hearing presently scheduled for July 9, 2015 to August 27, 2015, and assigns as reasons therefor the following:

1. Defendant's counsel has read approximately 2000 pages of 6726 pages on disc 1 of the 7 discs of discovery provided by the Government. He has entirely read discs 4 and 5, containing several hundreds of pages and has watched disc 2 but has not yet watched discs 6 and 7 and has not yet been able to read disc 3 of the discovery and cannot estimate the number of pages to be reviewed thereon.

2. Defendant counsel states that after completion of the discovery, he will need several meetings with the defendant to discuss some of the materials he has already reviewed and will review.

3. Defendant's counsel estimates that he will need about six

weeks to complete his tasks set forth in paragraphs 1 and 2, supra.

4. Defendant's counsel notes that this pretrial hearing was scheduled by the Court **after** the first indictment came forth from the Grand Jury but **before** the superceding indictment was returned by the Grand Jury.

5. Defendant's counsel conferred with AUSA Merritt by telephone on July 6, 2015 and AUSA graciously assented to the above motion.

6. Defendant's counsel notes that he is presently scheduled for a family vacation from August 15, 2015 through August 24, 2015, wherefore he requests that the Court schedule its hearing on this matter on August 27, 2015 or thereafter.

7. At the hearing on July 9, 2015, defendant's counsel would simply be reporting to the Court the substance of paragraphs 1 and 2, supra.

8. Defendant states that all time from July 6, 2015, the date of the Magistrate's hearing in the above-entitled matter to the date on which this Court sets its next pretrial hearing, hopefully, August 27, 2015, is excludible time under the Speedy Trial Act in the interests of justice.

9. If the Court denies this motion and retains the date of July 9, 2015 as the next hearing date in this matter, defendant's counsel informs the Court that the defendant is presently

scheduled as an attorney in the Chelsea District Court on a case not easily postponed as it is a landlord-tenant dispute, where the tenant speaks Arabic and the Chelsea District Court, with some difficulty, obtained the services of an Arabic interpreter for that date.

WHEREFORE, for the above reasons, the defendant respectfully requests that this motion be granted.

                              The Defendant
                              By his Attorney,

                              */s/ James B. Krasnoo*
                              James B. Krasnoo
                              (BBO# 279300)
                              Krasnoo|Klehm LLP
                              28 Andover Street, Suite 240
                              Andover, MA  01810
                              (978) 475-9955

**CERTIFICATE OF SERVICE**

    I hereby certify that this document(s) filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non registered participants via first class mail, postage prepaid, on July 7, 2015.

                              */s/ James B. Krasnoo*
                              James B. Krasnoo