UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CRIMINAL NO.
15-10008-LTS

UNITED STATES OF AMERICA

v.

R. DAVID COHEN

**ORDER AND**
**FINAL STATUS REPORT**

July 6, 2015

KELLEY, M.J.

A Final Status Conference was held before this court pursuant to the provisions of Local Rule 116.5(A). An Initial Pretrial Conference is scheduled before the District Court on July 9, 2015. Based on the Final Status Conference held today, this court enters the following report and orders.

1. The parties do not know if a trial will be necessary in this case.

2. The government has provided all the discovery it intends to provide before the Initial Pretrial Conference. Defendant has not finished reviewing discovery, which consists of several thousand pages. Defense counsel estimates he will require another six weeks to finish reviewing discovery and discuss the discovery with his client.

3. It is too early for defendant to know whether motions to sever, dismiss or suppress are anticipated.

4. The defendant <u>does not</u> intend to raise a defense of insanity or public authority.

5. As of July 9, 2015, the date of the pretrial conference, no unexcluded time will have elapsed since the arraignment on May 28, 2015, thus seventy

(70) days remain under the Speedy Trial Act before trial must commence.


        / s / Page Kelley
PAGE KELLEY
UNITED STATES MAGISTRATE JUDGE